**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Lithoprint Inc. | ) | **CASE NO. 09-46548** |
| | ) | **CHAPTER 11** |
|                        Debtor. | ) | **Judge Squires** |

**NOTICE OF AMENDED MOTION**

TO:    See attached Service List

      Please take notice that on the 21stday of December, 2010 at 9:30 a.m., Michael J. Davis of the firm of Springer Brown Covey Gaertner and Davis shall appear before the Honorable Judge Squires or any judge sitting in their stead, in Courtroom No. 680 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present Debtor's Motion for Final Decree.

                                                                           /s/ Michael J. Davis
                                                                           One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

**CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on December 14, 2010.

                                                                           /s/ Michael J. Davis

**Service List**
**<u>Lithoprint Inc.</u>**
**09-46548**

U.S Trustee's Office
219 S. Dearborn, Rm. 873
Chicago, Ill. 60606
*(Via Electronic Service)*
USTPRegion11.ES.ECF@usdoj.gov

Lithoprint Inc.
111 E. Chicago Ave.
Westmont, Ill 60559

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE 20044

United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499
Chicago, IL 60601

Ameriprint Corporation
1401 W. Diggins Street
Harvard, IL 60033

Anton Sekera
420 Bonnie Brae Rd.
Hinsdale, IL 60521

Brandt Box & Paper Co., Inc
400 Lexinton Drive
Buffalo Grove, IL 60089

CEU, Inc
109 Schelter Road
Lincolnshire, IL 60069

Chicago Title Land Trust Co.
4240 Payshere Circle
Chicago, IL 60674-0042

Clark Wade & Associates
PO Box 68531
Schaumburg, IL 60194

CLE Services, Inc.
420 Bonnie Brae
Hinsdale, IL 60521

Cynthia L. Engdahl
420 Bonnie Brae Rd.
Westmont, IL 60559

DEX/AT&T Real Yellow Pages
8519 Innovation Way
Chicago, IL 60682-0085

Graphic III Papaers, Inc.
307 Eisenhower Lane South
Lombard, IL 60148

Homepages
American Merketing & Publishing
P.O. 982
DeKalb, IL 60115

IMS
5350 Commerce Blvd
Suite C
Rohnert Park, CA 94928

Independent Graphic Services
PO Box 271
Brookfield, WI 53008-0271

ITU, Inc.
PO Box 88479
Milwaukee, WI 53288-0479

Konica Minolta
13847 Collections Center Dr.
Chicago, IL 60693

MKL Computer Media Supplies
941 Estes Court
Schaumburg, IL 60193-4427

Punch Graphics
1375 E. Irving Park Rd
Itasca, IL 60143

Shell Fleet Card
PO Box 183019
Columbus, OH 43218-3019

Shell Fleet Card
Processing Center
PO Box 689010
Des Moines, IA 50368-9010

Stolp-Gore Co.
10101 So. Bode Street
Plainfield, IL 60585

Team Concept Printing
540 Tower Blvd
Carol Stream, IL 60188

Telleborg Coated Systemus, Inc.
5860 Commerce Blvd
Morristown, TN 37814

Teller Levit & Silvertrust
11 E. Adams St. #800
Chicago, IL 60603

The Grafsolve Company
2740 Cable Pl.
North Chicago, IL 60064

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     **Lithoprint Inc.** | ) | **CASE NO. 09-46548** |
| | ) | **CHAPTER 11** |
|                              **Debtor.** | ) | **Judge Squires** |

## MOTION FOR FINAL DECREE

**Lithoprint Inc.** (the "Debtor"), debtor in possession, by and through their attorneys Michael Davis and the law firm of Springer, Brown, Covey, Gaertner and Davis does hereby hereby moves that this Court close this case and in support thereof hereby states as follows:

1.    This case was commenced on December 9, 2009 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2.    The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3.    On November 9, 2010, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Plan of Reorganization which was confirmed by an Order of this Court entered November 9, 2010.

4.    The Debtor has filed with this Court and with the United States Trustee the report in accordance with Rule 2015 indicating that the Debtor is currently executing their Plan, making plan payments according to the Plan of Reorganization approved by this Court.

5.    Final Fee Application has been filed by Debtor's attorney and approved by this court. No further attorneys fees will be required to be approved by this Court.

WHEREFORE, the Debtor requests that this Court enter an Order closing this case and for such other relief as the Court sees fit to grant.

5

                                                Respectfully submitted,
                                                **Lithoprint Inc.**

                                                /s/ Michael J. Davis
                                                One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000