UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  Case No.: 09 B 25297
James White )
) Chapter: 13
)
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### ORDER ALLOWING DEBTOR TO OBTAIN/INCUR ADDITIONAL DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the Debtor is permitted to obtain a 30 year fixed loan for $27,502.50, with an interest rate of 5.50%.

Enter: _____

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 21 DEC 2010

**Prepared by counsel of Movant:**

Robert J. Semrad & Associates
Attorney for Debtors
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625